BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401-2386

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA LOZANO,<br><br>        Plaintiff,<br><br>    vs.<br><br>PHH MORTGAGE SERVICES,<br>WELLS FARGO BANK, N.A.,<br>OCWEN LOAN SERVICING LLC, and<br>DOES 1 THROUGH 35 inclusive,,<br><br>        Defendants. | Case No. 2:20-cv-01533-RGK (AFMx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed:       December 18, 2019<br>Removed to Fed Court: February 14, 2020<br>Trial Date:   Not Scheduled |

602144887.1

[PROPOSED] JUDGMENT

1   Having granted the Motion to Dismiss brought by Defendant PHH Mortgage
2   Corporation, successor by merger to Ocwen Loan Servicing, LLC and DBA PHH
3   Mortgage Services ("PHH" or "Ocwen") and Wells Fargo Bank, N.A., as Trustee
4   for Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-
5   OPT2'S ("Wells Fargo") (collectively, "defendants") and good cause appearing,

6   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

7   1.   Judgement is entered in favor of Defendant PHH Mortgage Corporation,
8        successor by merger to Ocwen Loan Servicing, LLC and DBA PHH
9        Mortgage Services and Wells Fargo Bank, N.A., as Trustee for Asset
10       Backed Funding Corporation Asset Backed Certificates, Series 2006-
11       OPT2'S; and

12   2.   Plaintiff shall recover nothing.

13   **IT IS SO ORDERED.**

14

15   Date: _____June 26, 2020_____          _____

16                                              Hon. R. Gary Klausner

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

602144887.1

1

[PROPOSED] JUDGMENT